MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
 **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

*E-FILED 1/25/07*

Attorneys for Defendants
COUNTY OF SAN BENITO, SHERIFF CURTIS
HILL, LIEUTENANT EDWARD ESCAMILLA and
OFFICER CYNDEE COLMAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BENITO, SHERIFF CURTIS HILL, LIEUTENANT EDWARD ESCAMILLA, and OFFICER CYNDEE COLMAN, <br><br> Defendants. | Case No. C06-04369 RS <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

Pursuant to the November 21, 2006 Case Management Scheduling Order, the Early Neutral Evaluation was to have been completed within ninety (90) days from November 2, 2006, or by January 31, 2007.

On December 5, 2006, counsel received the ADR Case Administrator's Notice of Appointment of Evaluator assigning Anthony M. Boskovich as the Early Neutral Evaluator for this case.

On December 12, 2006, defense counsel wrote to Claudia M. Forehand, ADR Case Administrator, advising that it objected to the appointment of Mr. Boskokovich due to a conflict of interest.

A new Evaluator is going to be appointed but the ADR Program request that the

parties seek additional time to have the case evaluated to accommodate the new evaluator's calendar. The ADR program suggest a March 2007 cutoff.

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The new deadline for completion of the Early Neutral Evaluation is March 23, 2007.

Dated: January 24, 2007    LAW OFFICES OF MICHAEL E. ADAMS

By: /s/ Michael E. Adams
    MICHAEL E. ADAMS
    Attorney for Plaintiff
    JOSEPH J. GONZALEZ

Dated: January 24, 2007    RANKIN, LANDSNESS, LAHDE,
                           SERVERIAN & STOCK

By: /s/ Michaell C. Serverian
    MICHAEL C. SERVERIAN
    Attorneys for Defendants
    COUNTY OF SAN BENITO, SHERIFF
    CURTIS HILL, LIEUTENANT EDWARD
    ESCAMILLA and OFFICER CYNDEE
    COLMAN

**ORDER**

IT IS HEREBY ORDERED that the new deadline for completion of the Early Neutral Evaluation is March 23, 2007.

DATED: January 25, 2007    _____
                           RICHARD SEEBORG
                           United States Magistrate Judge