MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO, SHERIFF CURTIS HILL, LIEUTENANT EDWARD ESCAMILLA and OFFICER CYNDEE COLMAN

FILED

APR 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. GONZALEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO, SHERIFF CURTIS HILL, LIEUTENANT EDWARD ESCAMILLA, and OFFICER CYNDEE COLMAN,<br><br>    Defendants. | Case No. C06-04369 RS<br><br>**ORDER EXCUSING SHERIFF CURTIS HILL FROM APPEARING AT ENE SESSION** |

GOOD CAUSE APPEARING, Sheriff Curtis Hill is excused from attending the ENE session in this matter scheduled for May 1, 2007, at 10:00 a.m., before Evaluator David Levy, whose office is located at 800 Airport Blvd., #314, Burlingame.

Sheriff Hill is further ordered to be on telephone standby to participate in the ENE session by telephone, if necessary.

DATED: 4/4/07

_____
Magistrate Judge ~~Richard Seeborg~~ Wayne D. Brazil
JUDGE OF THE U.S. DISTRICT COURT