*E-FILED 5/2/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH J. GONZALEZ, | No. C 06-04369 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SAN BENITO, et al., | |
| Defendants. | |

A further case management conference was held on May 2, 2007. After consulting with the attorneys of record for the parties, **IT IS HEREBY ORDERED THAT**:

A further case management conference shall be held on **August 15, 2007 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than August 8, 2007.

DATED: May 2, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Michael Edward Adams, Esq.
Email: equitist@earthlink.net

**Counsel for Defendant(s)**

Michael C. Serverian, Esq.
Email: mserverian@rllss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 2, 2007

                     /s/ BAK
                     Chambers of Magistrate Judge Richard Seeborg