**\*E-FILED\***
**January 8, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH J. GONZALEZ,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF SAN BENITO, et al.,<br><br>    Defendants. | No. C 06-04369 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 20, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 27, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 8, 2008

RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael Edward Adams    equitist@earthlink.net

Michael C. Serverian    mserverian@rllss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 8, 2008

                                              /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California