1 | MICHAEL C. SERVERIAN (SBN 133203)
  | **RANKIN, LANDSNESS, LAHDE,**
2 | **SERVERIAN & STOCK**
  | 96 No. Third Street, Suite 500
3 | San Jose, California 95112                    *E-FILED 2/15/08*
  | Telephone : (408) 293-0463
4 | Facsimile : (408) 293-9514

5 | Attorneys for Defendants
  | COUNTY OF SAN BENITO, SHERIFF CURTIS
6 | HILL, LIEUTENANT EDWARD ESCAMILLA and
  | OFFICER CYNDEE COLMAN
7 |

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | JOSEPH J. GONZALEZ,                    )    Case No. C06-04369 RS
                                           )
12 |              Plaintiffs,              )    **STIPULATION TO DISMISS THE ENTIRE**
                                           )    **ACTION WITH PREJUDICE**
13 | vs.                                   )    AND ORDER
                                           )    **[Fed.R.Civ.P. 41(a)(ii)]**
14 | COUNTY OF SAN BENITO,                 )
  | SHERIFF CURTIS HILL,                   )
15 | LIEUTENANT EDWARD                     )
  | ESCAMILLA, and OFFICER                 )
16 | CYNDEE COLMAN,                        )
                                           )
17 |              Defendants.             )
  | _____ )
18 |

19 |      Plaintiff JOSEPH J. GONZALEZ and defendants COUNTY OF SAN BENITO,

20 | COUNTY OF SAN BENITO, SHERIFF CURTIS HILL, LIEUTENANT EDWARD

21 | ESCAMILLA and OFFICER CYNDEE COLMAN hereby stipulate by and through their

22 | respective counsel pursuant to Federal Rules of Civil Procedure, Rule 41(a)(ii) to dismiss

23 | with prejudice the entire action in United States District Court, Northern District of

24 | California Case No. C06-04369 RS.

25 | Dated: January 3/ , 2008              LAW OFFICES OF MICHAEL E. ADAMS

26 |                                       By:
27 |                                           Michael E. Adams,
  |                                           Attorney for Plaintiff
28 |                                           JOSEPH J. GONZALEZ

  |                                    1
  | Stipulation to Dismiss the Entire Action with Prejudice

Dated: ~~January~~ ___, 2008
2/5

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: _____
Michael C. Serverian
Attorneys for Defendants

IT IS SO ORDERED.

Dated:     February 15, 2008

_____
RICHARD SEEBORG
U.S. Magistrate Judge